In the matter of the estate of AUSTEN H. MCGREGOR,
deceased.

[Submitted February 14th, 1941. Decided April 25th, 1941.]

6

*Mr. Everett B. Smith,* for the appellants.

*Mr. Harold McDermott,* for the respondent.

PER CURIAM.

The decree under review will be affirmed, for the reasons expressed in the opinion of Vice-Ordinary Fielder.

*For affirmance*—THE CHIEF-JUSTICE, PARKER, DONGES, HEHER, PERSKIE, PORTER, COLIE, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, THOMPSON, JJ. 13.

*For reversal*—CASE, BODINE, JJ. 2.